**Exhibit A to the Complaint**

**Location:** Saratoga, CA
**Total Works Infringed:** 53

**IP Address:** 73.241.203.2
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8A8F77477BF5B4A8A92F8B619FD0446B41D18D3E | 07/05/2026 22:51:35 | Blacked | 12/16/2023 | 01/16/2024 | PA0002449250 |
| 2 | DFB64A1F4FBB2F5EAD83D062CB7961A9C528A710 | 07/13/2026 08:35:16 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 3 | 8C76FD3AE2D7D3EDE7841D1804E0FCBF2DCE7A88 | 07/09/2026 05:20:37 | TushyRaw | 06/07/2026 | 06/17/2026 | PA0002589750 |
| 4 | 8E12E324C7F1051FC7C210B6895B8D5E6D5588E1 | 07/09/2026 04:53:49 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 5 | 65BBF12E4E343ED935F438049D0ED5A805F80B9B | 07/04/2026 08:17:34 | Blacked | 07/02/2026 | 07/08/2026 | PA0002592490 |
| 6 | 505121E196C4CDEFA878492C5B4BD7C879C75335 | 07/04/2026 04:12:14 | Blacked Raw | 07/26/2019 | 09/10/2019 | PA0002199417 |
| 7 | B45216DC0B64BCA611FB0D7AE876EFB80E35D16F | 06/29/2026 11:04:21 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 8 | 14D6FA9A18412F71562FB9C4E4698B84A98E52AA | 06/28/2026 13:02:37 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 9 | EC6C51F0FB714616762A4235B5A9FB9B4953BF1B | 06/26/2026 08:04:41 | Blacked Raw | 06/20/2026 | 06/24/2026 | PA0002590652 |
| 10 | C9567C963228C4BF7A1F6A4F8C766BA1B936A5A2 | 06/26/2026 08:03:57 | Tushy | 06/21/2026 | 06/24/2026 | PA0002590633 |
| 11 | 72AB5D111570FE8ACF0B01B57B6113F14C350BE1 | 06/15/2026 08:16:05 | Tushy | 10/24/2021 | 11/11/2021 | PA0002321315 |
| 12 | AB40567AB9EC9142F34C0B6DCC75D4EBD430291F | 06/15/2026 08:15:44 | Tushy | 06/27/2021 | 08/02/2021 | PA0002305088 |
| 13 | 7DA99655FCFF1BBDF60D6CE3AA3960328B2C6886 | 06/15/2026 04:42:26 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 14 | 8F5A8770206EC64786AB43B1E1D6DE45A06F1CB8 | 06/14/2026 21:32:57 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 15 | 8F5A98819C51B7E72E64374776EB18A9ADE6BBD2 | 06/14/2026 21:32:54 | Blacked | 11/04/2023 | 11/13/2023 | PA0002439565 |
| 16 | 6F803D9B9D8FDD4271FC256BCD79A984910A3584 | 06/14/2026 21:19:34 | Blacked Raw | 02/25/2026 | 03/09/2026 | PA0002572004 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 13C05D657A9F38DF4223B4E7D84DBB7BDF5B103D | 06/14/2026 21:13:51 | Blacked | 05/08/2026 | 05/29/2026 | PA0002586660 |
| 18 | 118323D1D9224BCED2D4CF7887881B55D7C85A1F | 06/14/2026 21:13:26 | Vixen | 04/27/2026 | 05/06/2026 | PA0002582408 |
| 19 | 8901AEFEAA2D8BF701F6867FD924E0642D8F123C | 06/14/2026 09:04:15 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 20 | 933D057AF7F4339F5D9AF8228D994EB2D807FBDC | 06/14/2026 08:44:45 | Tushy | 03/22/2026 | 04/07/2026 | PA0002577463 |
| 21 | 49EB1EB79DD71623087D2ECD795519882E943CBE | 06/14/2026 08:15:39 | Vixen | 05/07/2026 | 05/29/2026 | PA0002586665 |
| 22 | 3A9BB3C00C10B9EB0924F3D88D34893B168788E7 | 06/12/2026 16:08:21 | Tushy | 05/31/2026 | 06/08/2026 | PA0002587867 |
| 23 | 0B547B4A3766CD9CF62B100190B3429237FE12BD | 06/08/2026 09:57:57 | Blacked | 05/13/2026 | 05/29/2026 | PA0002586680 |
| 24 | 949C971F8F24B7FED0DA1D07414D8730D3A91A5D | 06/08/2026 09:53:31 | Tushy | 05/17/2026 | 05/29/2026 | PA0002586674 |
| 25 | 9DE16B31BAE4C7E9F0115160441AE7F977EB1352 | 06/07/2026 09:41:47 | Blacked Raw | 05/31/2026 | 06/08/2026 | PA0002587864 |
| 26 | C225EC765B43CE2B4FEBF10BA9EB2D7ADACFC56A | 01/16/2026 04:49:54 | Tushy | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 27 | C227895A35ADAF08CE8A8ABD9EC70F2F048E0BA0 | 01/16/2026 04:48:01 | Blacked Raw | 09/06/2021 | 09/21/2021 | PA0002312674 |
| 28 | 8C8B0665B48243507EDCE3600D7843DAC996CB2F | 01/16/2026 04:22:57 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 29 | C2234B51CEFE19795EAB890CA2BBDCBBCB9F76F8 | 01/16/2026 04:20:31 | Blacked | 06/04/2022 | 06/27/2022 | PA0002354990 |
| 30 | C2231EB87584CE639E399D1FD0E434B567A9DCBE | 01/16/2026 04:20:22 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 31 | FC7B1AF6759CFC7917240CAB3F5478D757E5FF33 | 01/16/2026 04:00:50 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 32 | 44F63C26B0CE558BF52E8C53B6AFABAE6E667BA2 | 01/15/2026 18:52:52 | Blacked Raw | 08/09/2025 | 08/19/2025 | PA0002545659 |
| 33 | 44F5DEF734F8B376A2BFC24B9C7811832C4F4F21 | 01/15/2026 18:38:28 | Blacked Raw | 03/22/2021 | 04/14/2021 | PA0002286722 |
| 34 | 44F643A5684F6EECC6998380F393ED555B40E86B | 01/15/2026 18:35:16 | Blacked | 11/01/2017 | 11/27/2017 | PA0002098034 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | 01/15/2026 18:33:37 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 36 | E3ECDD9B456704A7F82D2DC37AB48F2E633C4C80 | 01/15/2026 18:32:25 | Blacked | 11/14/2025 | 11/26/2025 | PA0002554933 |
| 37 | 2A1A735975CAD895D4CF5AA59A25A847C1E218F5 | 01/15/2026 18:12:16 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 38 | 659E8D8D3986C4D45C60F4C6F62157BBF52BF1AB | 01/15/2026 18:07:12 | Tushy | 09/14/2025 | 09/24/2025 | PA0002552382 |
| 39 | 5009813734B03FCEC57C83609FCF451AA7309A7D | 01/15/2026 18:06:43 | TushyRaw | 01/04/2026 | 01/07/2026 | PA0002559442 |
| 40 | 567220FEEDEA4E0F81DADC33654A625F2ACDCC36 | 01/15/2026 16:35:54 | Milfy | 01/17/2024 | 03/15/2024 | PA0002463443 |
| 41 | 56715CC7F53AA07D0DA03FFBFAB551DE125C52B4 | 01/15/2026 16:28:28 | Blacked Raw | 04/06/2025 | 04/22/2025 | PA0002526951 |
| 42 | FCBDD786B6DD5BD2293A2AC1656AC7B71941B22D | 01/15/2026 15:55:40 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |
| 43 | FCBEBDECBFB3264762E64AB688E762D0B88176D6 | 01/15/2026 15:38:18 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 44 | FCBEEDE3DB6496B738DF7E5934DFDED8C282C3ED | 01/15/2026 15:30:52 | Tushy | 04/04/2021 | 04/14/2021 | PA0002286714 |
| 45 | 4427A1E847C6216D055A9FB5476107C3924C94BB | 01/15/2026 14:51:27 | Tushy | 03/16/2025 | 03/28/2025 | PA0002522490 |
| 46 | DF9378E0E138AD36EF2895D9CAA836EE20A77CC5 | 01/15/2026 14:32:13 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 47 | 681F2B2A3E196833B9FD74659B4F3E514B430BD3 | 01/15/2026 13:45:04 | Vixen | 02/03/2019 | 03/24/2019 | PA0002183213 |
| 48 | 3F58D711EAE43FB4109E6B0FF420AB6A68BC3AA4 | 01/15/2026 11:40:51 | TushyRaw | 02/20/2024 | 03/12/2024 | PA0002459338 |
| 49 | 8C72E5543AD91BFB5FA6D56C215C58B0BA746CF3 | 01/15/2026 11:31:31 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 50 | 39A79487E78AFA22553533B9B58A06B6C3CB73C1 | 01/15/2026 11:17:55 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 51 | 3191041EDE1A2AC2A4DB90F1B96A76329F2D4F81 | 01/15/2026 11:12:45 | Blacked | 08/06/2025 | 08/08/2025 | PA0002544272 |
| 52 | 077C5AB0B7BEDB9A7B6ECD68DCAAC46104A97ABF | 01/14/2026 05:37:59 | Tushy | 11/01/2020 | 11/18/2020 | PA0002272627 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 3357C283A11DF815F3E552A4917B7C11CA3B7F39 | 01/14/2026 05:32:39 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |